IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JULIE WHITE,<br><br>        Defendant,<br><br>and<br><br>AMCORE BANK NA,<br><br>        Garnishee Defendant. | Case No. 09-CR-2-C-01 |

---

ORDER DISMISSING GARNISHMENT

---

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on the fact that the garnishee defendant has no open transaction accounts for the defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this 26th day of August, 2009.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge