IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                                                    Case No. 09-CR-2-C-01

JULIE WHITE,

Defendant,

WISCONSIN DEPARTMENT OF
REVENUE,

Garnishee Defendant.

## ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Upon reviewing the application for writ of continuing garnishment filed with

this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for

a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment

to the garnishee defendant, and its successors or assigns.

Entered this __5ᵗʰ__ day of January, 2015.

BY THE COURT:

Barbara B Crabb

BARBARA B. CRABB
District Judge